Entered on Docket
April 12, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 4-9-10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-S-09-22330-LBR |
|---|---|
| JUSTIN M. VINT, and KIM VINT, | Chapter 13 |
| | **CONDITIONAL ORDER OF DISMISSAL** |
| Debtor(s). | Hearing Date: March 18, 2010<br>Hearing Time: 1:30 P.M.<br><br>Continued Hearing Date: April 29, 2010<br>Continued Hearing Time: 1:30 P.M. |

Confirmation of Debtor(s) Amended Chapter 13 Plan #2 having come on for hearing in the above-entitled Court on March 18, 2010, at 1:30 p.m., with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Debtor(s) must become current with their plan payments to the Chapter 13 Trustee by April 23, 2010.

IT IS FURTHER ORDERED that if Debtor fails to comply with the above stated condition, Trustee may submit an Ex-Parte Order Dismissing Case;

IT IS FURTHER ORDERED that in the event Debtor does comply with the condition set forth above, the Confirmation hearing on the Debtor(s) Amended Chapter 13 Plan #2 shall be continued to April 29, 2010, at 1:30 p.m.;

IT IS SO ORDERED.

Submitted by:

_/s/ illegible_  Date: 3-30-10
Marianne Gatti, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved

_/s/ illegible_  Date: 4/9/10
HAINES & KRIEGER, L.L.C.,
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and ~~either with the motion, or at the hearing,~~ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Haines & Krieger, L.L.C   approved _X_   disapproved___   failed to respond ___

2
###